1  DARRYL M. WOO (CSB NO. 100513)
   dwoo@fenwick.com
2  BRYAN A. KOHM (CSB NO. 233276)
   bkohm@fenwick.com
3  FENWICK & WEST LLP
   275 Battery Street, 16th Floor
4  San Francisco, CA  94111
   Telephone: (415) 875-2400
5  Facsimile:  (415) 281-1350

6  Attorneys for Defendant
   AXIOM DESIGN AUTOMATION, INC.
7

8  James Cai (California State Bar No. 200189)
   Daniel Schein, Ph. D. (California State Bar No. 196595)
   Douglas Mackenzie (California State Bar No. 212953)
9  SCHEIN & CAI LLP
   100 Century Center Court, Suite 315
10 San Jose, California 95112
   Telephone:  (408) 436-0789
11 Facsimile:  (408) 436-0758

12 Attorneys for Plaintiff
   DYNETIX DESIGN SOLUTIONS, INC

13

14 UNITED STATES DISTRICT COURT

15 NORTHERN DISTRICT OF CALIFORNIA

16 SAN FRANCISCO DIVISION

17

| | |
|---|---|
| 18  DYNETIX DESIGN SOLUTIONS, INC., | Case No.  C-06-02787-CRB |
| 19  Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE ALTERNATIVE DISPUTE RESOLUTION** |
| 20  v. | |
| 21  AXIOM DESIGN AUTOMATION, INC., | Date of Filing: April 24, 2006 |
| 22  Defendant. | Trial Date:    None set |

23

24

25

26

27

28

STIPULATION AND ORDER CONTINUING                                         CASE NO. C-06-02787-CRB
ADR DEADLINE

1  **WHEREAS**, Plaintiff Dynetix Design Solutions, Inc. ("Dynetix") filed a Complaint for
2  Patent Infringement on or about April 24, 2006, against Defendant AXIOM Design Automation,
3  Inc. ("AXIOM");

4  **WHEREAS**, Plaintiff served Defendant with the Complaint on or about August 11, 2006;

5  **WHEREAS**, Defendant filed an Answer and Counterclaims on or about August 31, 2006;

6  **WHEREAS**, the parties have agreed to mediate the dispute and have stipulated to
7  completing mediation by September 29, 2006; and

8  **WHEREAS**, the Court entered a Stipulation and Order on or about July 31, 2006 setting
9  mediation to be completed before September 29, 2006;

10  **WHEREAS**, Dynetix began the process of obtaining new counsel after the parties
11  stipulated to mediation but before mediation was scheduled;

12  **WHEREAS**, the parties were not able to schedule mediation while Dynetix was in the
13  process of obtaining new counsel;

14  **WHEREAS**, the parties still wish to mediate the dispute and intend to do so as soon as
15  possible;

16  **WHEREAS**, the parties have initiated the process of scheduling mediation and intend to
17  complete mediation no later than October 30, 2006;

18  **IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through
19  their respective attorneys of record, as follows:

20  1.  The deadline to complete mediation shall be continued from September 29, 2006
21  to October 30, 2006.

22  **IT IS SO STIPULATED.**

FENWICK & WEST LLP

Date:  September 20, 2006                By: /s/ Bryan A. Kohm
                                             Bryan A. Kohm

                                         ATTORNEYS FOR DEFENDANT
                                         AXIOM DESIGN AUTOMATION, INC.

STIPULATION AND ORDER CONTINUING ADR DEADLINE        2        CASE NO. C-06-02787-CRB

SCHEIN & CAI LLP

Date: September 20, 2006                By: /s/ James Cai
                                            James Cai

                                        ATTORNEYS FOR PLAINTIFF
                                        DYNETIX DESIGN SOLUTIONS, INC.

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: September 21, 2006

                                        By: _____
                                            The Honorable Judge Charles R. Breyer

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

STIPULATION AND ORDER CONTINUING ADR DEADLINE          3          CASE NO. C-06-02787-CRB