DARRYL M. WOO (CSB NO. 100513)
dwoo@fenwick.com
BRYAN A. KOHM (CSB NO. 233276)
bkohm@fenwick.com
FENWICK & WEST LLP
275 Battery Street, 16th Floor
San Francisco, CA 94111
Telephone: (415) 875-2400
Facsimile: (415) 281-1350

Attorneys for Defendant
AXIOM DESIGN AUTOMATION, INC.

James Cai (California State Bar No. 200189)
Daniel Schein, Ph. D. (California State Bar No. 196595)
Douglas Mackenzie (California State Bar No. 212953)
SCHEIN & CAI LLP
100 Century Center Court, Suite 315
San Jose, California 95112
Telephone: (408) 436-0789
Facsimile: (408) 436-0758

Attorneys for Plaintiff
DYNETIX DESIGN SOLUTIONS, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DYNETIX DESIGN SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AXIOM DESIGN AUTOMATION, INC., <br><br> Defendant. | Case No. C-06-02787-CRB <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE AMENDED PLEADINGS** <br><br> Date of Filing: April 24, 2006 <br> Trial Date: None set |

1   **WHEREAS**, Plaintiff Dynetix Design Solutions, Inc. ("Dynetix") filed a Complaint for
2   Patent Infringement on or about April 24, 2006, against Defendant AXIOM Design Automation,
3   Inc. ("AXIOM");

4   **WHEREAS**, Plaintiff served Defendant with the Complaint on or about August 11, 2006;

5   **WHEREAS**, Defendant filed an Answer and Counterclaims on or about August 31, 2006;

6   **WHEREAS**, the parties have agreed to mediate the dispute and mediation is scheduled
7   for October 24, 2006;

8   **WHEREAS**, AXIOM intends to file amended counterclaims adding additional parties and
9   claims relating to events that occurred after its original counterclaims were filed;

10   **WHEREAS**, Dynetix anticipates filing an amended complaint naming additional parties;

11   **WHEREAS**, the deadline to file amended pleadings naming additional parties is currently
12   set for October 5, 2006;

13   **WHEREAS,** the parties agree that mediation and settlement discussions would be
14   facilitated by AXIOM and Dynetix waiting until after mediation to file their amended
15   counterclaims and complaint, respectively;

16   **WHEREAS**, in the event that the parties are unable to resolve this dispute through
17   mediation, the parties agree to stipulate to leave of court for each opposing party to file their
18   respective amended counterclaims and complaint after mediation;

19   **WHEREAS**, the parties agree to extend the deadline until November 1, 2006 to file their
20   respective amended counterclaims and complaint naming additional parties and adding additional
21   claims, if any;

22   **IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through
23   their respective attorneys of record, as follows:

24   1.   The deadline to file amended pleadings naming additional parties shall be
25   continued from October 5, 2006 to November 1, 2006;

26   2.   In the event that mediation is not successful, Dynetix shall stipulate to leave of
27   court for AXIOM to file amended counterclaims naming additional parties and adding claims;

28   3.   In the event that mediation is not successful, AXIOM shall stipulate to leave of

STIPULATION AND ORDER CONTINUING
DEADLINE TO FILE AMENDED             2              CASE NO. C-06-02787-CRB
PLEADINGS

court for Dynetix to file an amended complaint naming additional parties.

**IT IS SO STIPULATED.**

FENWICK & WEST LLP

Date: October 5, 2006         By: /s/ Bryan A. Kohm
                                  Bryan A. Kohm

ATTORNEYS FOR DEFENDANT
AXIOM DESIGN AUTOMATION, INC.

SCHEIN & CAI LLP

Date: October 5, 2006         By:    /s/ James Cai
                                     James Cai

ATTORNEYS FOR PLAINTIFF
DYNETIX DESIGN SOLUTIONS, INC.

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: October 06 2006

By: _____
The Honorable Judge Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER CONTINUING
DEADLINE TO FILE AMENDED             3            CASE NO. C-06-02787-CRB
PLEADINGS

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO