DARRYL M. WOO (CSB NO. 100513)
BRYAN A. KOHM (CSB NO. 233276)
FENWICK & WEST LLP
275 Battery Street, 16th Floor
San Francisco, CA 94111
Telephone: (415) 875-2400
Facsimile: (415) 281-1350
dwoo@fenwick.com
bkohm@fenwick.com

Attorneys for Defendant and Counterclaimant
AXIOM DESIGN AUTOMATION, INC.

Richard F. Cauley (CSB NO. 109194)
Michelle M. McCliman (CSB NO. 191241)
WANG, HARTMANN & GIBBS, P.C.
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Telephone: (949) 833-8483
Facsimile: (949) 833-2281

Attorneys for Plaintiff
DYNETIX DESIGN SOLUTIONS, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DYNETIX DESIGN SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AXIOM DESIGN AUTOMATION, INC., <br><br> Defendant. | Case No. C-06-02787-CRB <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING COMPLAINT AND COUNTERCLAIMS WITH PREJUDICE** <br><br> [FED. R. CIV. P. 41(A)((1)] <br><br> Date of Filing: April 24, 2006 <br> Trial Date: None set |

STIPULATION AND [PROPOSED] ORDER
DISMISSING ACTION WITH PREJUDICE

CASE NO. C-06-02787-CRB

Pursuant to the Parties' settlement agreement, AXIOM Design Automation, Inc. ("AXIOM") and Dynetix Design Solutions, Inc. ("Dynetix") hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1), that all claims and counterclaims in the action are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.  Notwithstanding said dismissal, the Parties specifically agree that AXIOM shall preserve all defenses to any claim for infringement, including without limitation the ability to assert a patent's invalidity or unenforceability, which can be asserted only in the event Dynetix breaches Section 3 (Covenant Not to Sue) of the Parties' settlement agreement.

Dated:   January 22, 2007

By:  /s/ Bryan A. Kohm
    Fenwick & West LLP

Attorneys for AXIOM Design Automation, Inc.

Dated:   January 22, 2007

By:  /s/ Michelle M. McCliman
    Wang, Hartmann & Gibbs, P.C.

Attorneys for Dynetix Design Solutions, Inc.

//
//
//
//
//
//
//
//

**ORDER**

The parties having so stipulated, IT IS ORDERED that all claims and counterclaims in the action are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees. Notwithstanding said dismissal, this dismissal shall not preclude the assertion of and AXIOM shall preserve all defenses to any claim for infringement, including without limitation the ability to assert a patent's invalidity or unenforceability, which can be asserted only in the event Dynetix breaches Section 3 (Covenant Not to Sue) of the Parties' settlement agreement.

**IT IS SO ORDERED.**

Dated:      January 24, 2007         By: _____
                                          Hon. Charles R. Breyer
                                          United States District Judge



STIPULATION AND [PROPOSED] ORDER
DISMISSING ACTION WITH PREJUDICE         3         CASE NO. C-06-02787-CRB